IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

LIBERTY BANKERS LIFE INSURANCE COMPANY

       Plaintiff,

v.

COLORADO CAPITAL BANK,
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Colorado Capital Bank, and
FIRST CITIZENS BANK AND TRUST COMPANY

       Defendants.
_____

### DISCLOSURE STATEMENT PURSUANT TO D.C.COLO.L.CIV.R 7.4
_____

Plaintiff, Liberty Bankers Life Insurance Company ("Liberty"), by and through its attorneys, Moye White LLP, and pursuant to D.C.Colo.L.Civ.R. 7.4 certifies the following:

Liberty's parent entities are HGH Group, Inc. and Heritage Guaranty Holdings, Inc. No publicly held entity owns stock in Liberty.

Respectfully submitted this 20th day of January, 2012.

                              *s/ Chesley K. Culp III*
                              Chesley K. Culp III  (#18139)
                              Thomas H. Wagner  (#38135)
                              Moye White LLP
                              1400 16th Street, Suite 600
                              Denver, Colorado 80202
                              Telephone: (303) 292-2900
                              Facsimile: (303) 292-4510

Email: bud.culp@moyewhite.com
Email: tom.wagner@moyewhite.com


Mitchell Madden
Thomas V. Murto, III
*Application for Admission to the Bar Pending*
Law Offices of Mitchell Madden
1755 Wittington Place, Suite 300
Dallas, Texas 75234
(972) 484-7780
(972) 484-7743 Facsimile
mmadden@thelomm.com
Thomas_murto@yahoo.com

*Attorneys for Plaintiff*